FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2022

Nos. 04-19-00737-CR, 04-19-00738-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

The panel has considered Appellant's motion for rehearing and now requests a response from Appellee to be due February 24, 2022. *See* TEX. R. APP. P. 49.2.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court